K. S. PARRISH, *Plaintiff in Error*, v. JOE THOMAS, R. W. BURCH, L. VAN LOAN, SR., AND L. VAN LOAN, JR., CO-PARTNERS, DOING BUSINESS AS L. VAN LOAN, *Defendants in Error.*

Decision Filed May 24, 1924.

This case was decided by Division B.

A Writ of Error to the Circuit Court for Manatee County; M. A. McMullen, Judge.

*John B. Singletary,* for Plaintiff in Error;

*Mabry, Reaves & Carlton,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.